

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00741-CV

Edward R. **MEZA**, Jr., Sylvia Meza, and New Braunfels Home Health, Inc.
d/b/a N.B. Home Health,
Appellants

v.

**HONORCARE HOME HEALTH, INC.,**
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 376006
Honorable Karen Crouch, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Honorcare Home Health, Inc., recover its costs of this appeal from appellants,

SIGNED December 27, 2018.

_____
Marialyn Barnard, Justice